```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

LENNOX MURRAY,

        Plaintiff,

   - against -

CREATIVE INDUSTRIES CORPORATION, ET AL.,

        Defendants.

24-cv-7862 (JGK)

ORDER

------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **February 28, 2025**. If service is not made by **February 28, 2025**, the case will be dismissed without prejudice for failure to prosecute. The conference scheduled for February 24, 2025 is canceled.

SO ORDERED.

Dated:   New York, New York
         February 10, 2025

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                               United States District Judge