UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LENNOX MURRAY,

                Plaintiff,        24-cv-7862 (JGK)

    - against -                  ORDER

CREATIVE INDUSTRIES CORPORATION, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an Amended Complaint by **May 27, 2025**. The time to move or answer is stayed until 21 days after the parties notify the Court of the conclusion of the mediation.

SO ORDERED.

Dated:    New York, New York
           May 12, 2025

                                              John G. Koeltl
                                    United States District Judge