# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

November 22, 2025

**VIA ECF**  
Hon. John G. Koeltl  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**APPLICATION GRANTED**  
**SO ORDERED**

11/24/25  
John G. Koeltl, U.S.D.J.

Re: ***Lennox Murray v. Creative Industries Corporation et al.***  
**1:24-cv-07862-JGK**

Dear Judge Koeltl:

We represent the Defendants in this action. Pursuant to Your Honor's *Individual Practices*, I write on behalf of all parties to request a two-week extension for the parties to finalize and submit their settlement agreement for the Court's review from November 24, 2025, through and including December 8, 2025. The parties have exchanged drafts of their settlement agreement, but the agreement is still being finalized before it can be executed. This extension is being request, in part, because the undersigned had to address a family matter out of state that arose unexpectedly over the past few weeks.

This is the first request to extend this deadline. No other deadlines will be affected if the Court's grants this extension request. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendants*

By: _____  
Ian-Paul A. Poulos

cc:   All Counsel of Record