# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

December 7, 2025

**VIA ECF**
The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Murray v. Creative Industries Corp., et al. (24-cv-07862-JGK)*

Dear Judge Koeltl:

We represent the plaintiff, Lennox Murray. We write in accordance with Your Honor's Individual Practices with the consent of Defendants to request a one week extension of the deadline to submit the settlement agreement in this action for Court approval, from December 8 to December 15, 2025.

The parties have finalized the settlement agreement and in the process of obtaining signatures. This is the reason for the requested extension.

This is the second request for an extension of this deadline. The first request was granted. An extension of this deadline will not impact any other case deadlines.

Thank you for your consideration.

Respectfully submitted,

_____/s/ Joshua S. Androphy_____
Joshua S. Androphy, Esq.
Morrison Tenenbaum, PLLC
87 Walker Street, Floor 2
New York, NY 10013
T. (212) 620-0938
jandrophy@m-t-law.com

cc: Defendants' Attorneys (via ECF)

**APPLICATION GRANTED**
**SO ORDERED**

12/8/25

John G. Koeltl, U.S.D.J.